

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2022

No. 04-22-00427-CV

Chris Noel **CARLIN**,
Appellant

v.

**BEXAR COUNTY**, Bexar County Judge Nelson W. Wolff, Judge Ron Rangel, and Judge Rosie Alvarado,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI10840
Honorable Tina Torres, Judge Presiding

# O R D E R

The clerk's record was filed on July 20, 2022. Appellant filed a first amended statement of inability to afford costs on March 29, 2022. The reporter's record was due on August 16, 2022. On August 23, 2022, Ms. Tracy Ray Plummer, the court reporter responsible for filing the record, filed a notice with this court stating, "I, along with others, may be filing a contest to notice of inability to pay."

If a party, the clerk, or the court reporter seeks to require appellant to pay costs to prepare the record, we ORDER they must file a motion in accordance with Texas Rule of Civil Procedure 145. The motion must be filed in the trial court and a copy must be filed with this court **not later than September 2, 2022.**

If a complying motion is not filed by September 2, 2022, Ms. Plummer is ORDERED to prepare and file the record without payment of costs **no later than September 22, 2022.** If a Rule 145 motion is timely filed, we ORDER the trial court to immediately set and give ten days' notice of an oral hearing on the motion. *See* TEX. R. CIV. P. 145(f)(1). Any hearing must be held not later than **September 22, 2022.** If the trial court orders appellant to pay any part of the costs, the court must make detailed findings that appellant can afford to pay them. *See id.* 145(f)(2)–(4), and a supplemental record containing the court's order and any written findings must be filed in this court **within three days of the hearing**.

FILE COPY

We direct the clerk of this court to send a copy of appellant's March 29, 2022 First Amended Statement of Inability to Afford Costs together with this order to the parties, the trial court clerk, the court reporter, and the trial court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court